■ LAMBERT HOUSES REDEVELOPMENT COMPANY v HRH EQUITY CORPORATION.—Motion for a stay denied and, sua sponte, appeal dismissed. (See, Matter of Westchester Tit. & Trust Co., 260 App Div 1055.) Concur—Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.